UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

KRYSTAL M. EVANESKI,                  )
                                      )   No.  CV-11-0142-CI
                    Plaintiff,        )
                                      )   ORDER GRANTING STIPULATED
v.                                    )   MOTION FOR REMAND PURSUANT
                                      )   TO SENTENCE SIX OF 42 U.S.C.
MICHAEL J. ASTRUE,                    )   § 405(g)
Commissioner of Social                )
Security,                             )
                                      )
                    Defendant.        )

     BEFORE THE COURT is the parties' stipulated Motion for Sentence

Six Remand of the above-captioned matter to the Commissioner for

additional administrative proceedings.  (ECF No. 13.)  The parties

have consented to proceed before a magistrate judge.  (ECF No. 7.)

     Pursuant to sentence six of 42 U.S.C. § 405(g)("sentence six"),

the court may remand the case to the Commissioner for good cause

shown before the Commissioner files an answer.  *See Melkonyan v.*

*Sullivan*, 501 U.S. 89, 98, 101 n.2 (1991).  Here, the Commissioner

filed an answer on June 20, 2011; however, the parties stipulate

that good cause exists for a sentence six remand in that neither the

administrative law judge (ALJ) nor the Appeals Council considered,

or included in the record, medical records submitted by Plaintiff in

December 2008, April 2010, and June 2010.  (ECF No. 13.)

     Sentence six further requires the Commissioner to return to the

district court to "file with the court any such additional or

ORDER GRANTING STIPULATED MOTION FOR REMAND
PURSUANT TO SENTENCE SIX 42 U.S.C. § 405(g) - 1

1  modified findings of fact and decision, and a transcript of the

2  additional record and testimony upon which his action in modifying

3  or affirming was based." *Id.* at 98 (*quoting* sentence six).

4  Accordingly,

5       **IT IS ORDERED:**

6       1.   The parties' stipulated Motion for Sentence Six Remand

7  **(ECF No. 13)** is **GRANTED**.

8       2.   On remand, the ALJ shall (a) update the treatment evidence

9  regarding Plaintiff's medical conditions, including the evidence

10 submitted in December 2008, April 2010, and June 2010; (b) expressly

11 evaluate the treating and examining medical source opinions

12 submitted in December 2008, April 2010, and June 12010; (c) further

13 consider Plaintiff's residual functional capacity on the updated

14 record, citing specific evidence in support of the assessed

15 limitations; (d) further consider whether Plaintiff has past

16 relevant work she could perform with the limitations established by

17 the evidence; and (e) as appropriate, secure supplemental evidence

18 from a vocational expert to clarify the effect of the assessed

19 limitations on Plaintiff's occupational base.

20      3.   The court shall maintain jurisdiction of this action.

21      4.   The District Court Executive is directed to enter this

22 Order and forward copies to counsel.

23      DATED March 1, 2012.

24

25                     S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE
26

27

28

ORDER GRANTING STIPULATED MOTION FOR REMAND
PURSUANT TO SENTENCE SIX 42 U.S.C. § 405(g) - 2