UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRYSTAL M. EVANESKI,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No. 2:11-CV-0142-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENT |

**BEFORE THE COURT** is the parties' stipulated motion for the entry of judgment in favor of Plaintiff. ECF No. 19. Attorney Dana Chris Madsen represents Plaintiff; Special Assistant United States Attorney Catherine Escobar represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 7.

This matter was remanded, pursuant to sentence six of 42 U.S.C. § 405(g), on March 1, 2012. ECF No. 14. On May 16, 2014, an Administrative Law Judge determined, on remand, that Plaintiff was disabled during a closed period (from November 13, 2006, through August 25, 2013). *See* ECF No. 19-1. Based on that determination, and considering the file in its entirety, **IT IS HEREBY ORDERED:**

1. The parties' stipulated motion for the entry of judgment, **ECF No. 19**, is **GRANTED**.

ORDER GRANTING STIPULATED MOTION . . . - 1

2. Judgment shall be entered for **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED September 11, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION . . . - 2