# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRYSTAL M. EVANESKI,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No.  2:11-CV-0142-JTR<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.**  Judgment is entered for Plaintiff.

DATED:  September 11, 2015

SEAN F. McAVOY
Clerk of Court

By: *s/Melissa Orosco*
Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**